IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| MARION ROSE LEONE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHATTEM, INC., RITE-AID OF | : | |
| PENNSYLVANIA, INC., THOMPSON | : | |
| MEDICAL COMPANY, INC., | : | |
| THE DELACO COMPANY | : | NO. 02-CV-3218 |


**NOTICE**


Upon consideration of the Motion to Remand filed by plaintiff and the

defendant's Motion for Temporary Stay, the Court will conduct a hearing on **Tuesday, June 18,**

**2002 at 10:00 A.M. in Courtroom 5C.**


_____
Patricia A. Callahan
Deputy Clerk to
Hon. Berle M. Schiller