IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARION ROSE LEONE | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 02-CV-3218 |
| | : | |
| CHATTEM, INC., RITE-AID OF PENNSYLVANIA, INC., THOMPSON MEDICAL COMPANY, INC. AND THE DELACO COMPANY | : | |

**ORDER**

  **AND NOW,** this 18th day of June, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

    [ ] - Order staying these proceedings pending disposition of a related action.

    [ ] - Order staying these proceedings pending determination of arbitration proceedings.

    [ ] - Interlocutory appeal filed

    [X] - Other: <u>Pending litigation before the MDL Panel 1407</u>

it is
  **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

  **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
Berle M. Schiller,  J.

Civ. 13 (8/80)