IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARION ROSE LEONE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHATTEM, INC., ET AL. | : | NO. 02-CV-3218 |

## ORDER

AND NOW, this _____ day of November, 2002, the Clerk is directed to remove this case from civil suspense and close for statistical purposes.

BY THE COURT:

_____
Berle M. Schiller, J.